C-13-15A(Order)
(Rev. 11/06)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-0681622 C-13D |
| Thomas E. Stroud    xxx-xx-6339 | ) | |
| Gladys J. Stroud    xxx-xx-0594 | ) | |
| | ) | |
| Debtors | ) | |

## **ORDER**

      This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to allow for the claim of the IRS, and there being no filed objection to the Motion within the time period set forth in the Notice issued on June 22, 2007, by the Clerk of Court setting July 22, 2007, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

      ORDERED that the IRS is allowed an administrative priority claim in the amount of $1,991.81 to be paid pro-rata with other allowed priority claims.

# PARTIES IN INTEREST
## Page 1 of 1
**06-81622 C-13D**

Thomas Stroud
Gladys Stroud
3910 Dodge Rd.
Durham, NC  27704

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Internal Revenue Service
Special Procedures Function
320 Federal Place, Room 411
Greensboro, NC 27401

U S Attorney
PO Box 1858
Greensboro, NC 27402